AO 442 (Rev. 11/11) Arrest Warrant

**SEALED DOCUMENT**

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

RECEIVED
APR 28 2023

US MARSHALS SERVICE

FILED - USDC - NH
2023 JUN 12 AM 10:50

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Melissa Rey Ramos | ) | Case No. 23-cr-40-SE-05/21 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Melissa Rey Ramos ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 841(a)(1) & 846 - Conspiracy to Distribute Controlled Substances

Date:   04/28/2023

*Issuing officer's signature*

City and state:   Concord, New Hampshire

Erica DiFabio, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date:   6/12/23

*Arresting officer's signature*

FBI TFO Michael McGee
*Printed name and title*